UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JANICE S. MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-0009-DML-SEB |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## Judgment

The court, having entered its Decision on Complaint for Judicial Review, hereby enters JUDGMENT AFFIRMING the Commissioner's decision that the plaintiff was not disabled.

So ORDERED.

Dated: September 29, 2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system